UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MATTHEW S. BOYKINS,**

    **Plaintiff,**

    v.                                    Civil Action 2:21-cv-2403
                                        Judge James L. Graham
                                        Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On May 11, 2021, Plaintiff initiated this action and sought leave to proceed *in forma pauperis*. (ECF No. 1.) On May 12, 2021, the Undersigned issued a Report and Recommendation, recommending that Plaintiff's application be denied and that he be ordered to pay the required $402 filing fee. (ECF No. 2.) On May 14, 2021, the Court received Plaintiff's $402.00 filing fee. (ECF No. 6.) Accordingly, Plaintiff's Application to proceed *in forma pauperis*, ECF No. 1, is hereby **DENIED AS MOOT**. The Undersigned's Report and Recommendation, ECF No. 2, is hereby **WITHDRAWN**.

    **IT IS SO ORDERED.**


Date: May 17, 2021                                        /s/ *Elizabeth A. Preston Deavers*
                                                          ELIZABETH A. PRESTON DEAVERS
                                                          UNITED STATES MAGISTRATE JUDGE